

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michelle Rynne**
Division Manager, Hartford

May 6, 2022

Gerry A. McMahon
The Law Offices of Gerry McMahon, LLC
100 Mill Plain Road
Suite 301
Danbury, CT 06811

Dear Attorney **McMahon**

MAY 23 2022 PM4:11
FILED-USDC-CT-NEW HAVEN

RE:         Case Name:   R. et al v. Greenwich Bd of Ed
            Case Number:    **3:21cv873 (JCH)**

As the hearing in this matter has concluded, enclosed is/are the following Plaintiff's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

DINAH MILTON KINNEY, CLERK


By _____/s/Diahann Lewis_____

      Deputy Clerk


ACKNOWLEDGMENT: _Sara Jane Carr_   DATE _5/17/22_